## CLEMENTS *v.* HAHN.

PRACTICE IN SUPREME COURT—*certiorari for lost records.* Certiorari will not be issued to bring up matter, not of record, in the court below.

Where a bill of exceptions has been lost from the files of the court below, certiorari cannot be issued to bring up the record of such bill until the loss has been supplied.

### *Error to District Court, Gilpin County.*

PLAINTIFF in error suggested diminution of the record on the affidavit of Charles C. Post, Esq., who appeared for the defendant in the court below, now plaintiff in error, and who deposed to facts tending to show that a bill of the exceptions reserved by the defendant upon the trial in the

court below had been prepared by him and allowed, and signed by the chief justice who presided at that trial, and had been afterward filed in the office of the clerk of the district court.   The affidavit further set forth that deponent had diligently searched the office of said clerk and procured the clerk to make search among all the papers in his office and in all places where it might be, and that said bill of exceptions could not be found.

Per CURIAM.   Certiorari cannot go upon this showing. The affidavit relied upon shows that the bill of exceptions no longer remains in the court below, and the clerk of that court cannot certify what is not.   It may be that, upon proper showing, the district court will, in the exercise of its discretion, allow this bill of exceptions to be supplied by copy.   If that should be done, you may then renew your suggestion.

*Motion denied.*